STEPHEN LEE et al., Respondents, *v.* LEWIS R. STEGMAN, as Sheriff, etc., Appellant.

(Argued March 18, 1885 ; decided April 14, 1885.)

*Samuel Hand* for appellant.

*Herbert G. Hull* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

RANDOLPH BURT, Respondent, *v.* HUGH J. JEWETT, Receiver, etc., Appellant.

(Submitted March 18, 1885; decided April 14, 1885.)

*Wm. D. Shipman* for appellant.

*Richard W. Newhall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.